AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JOSE L. MOLINA-CASTILLO | Case No. 13-MJ-00017-GPG |
| | USM No. |
| | LESLIE CASTRO |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ **THE DEFENDANT** pleaded guilty to count(s)    Count I

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 CFR 8365.1-4 | Caused a public disturbance and created a risk to other persons. | 11/17/2012 | 1 |

☑ Count(s)   Count II          ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ 25.00 | $ 250.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Rifle Colorado

05/15/2013
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Magistrate Gordon P. Gallagher
Name and Title of Judge

05/15/2013
Date